# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| ALFREDO HIERROZUELO CAQUIAS, <br> #A 027-785-402, <br> Petitioner, <br><br> v. <br><br> DISTRICT DIRECTOR OF <br> IMMIGRATION AND CUSTOMS <br> ENFORCEMENT, <br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 3:08-CV-1808-D |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

**SO ORDERED**.

December 23, 2008.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE